IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PATRICIA KENNEDY, individually, :
:
    Plaintiff, :
v. : Case No. 16-cv-81237-DMM
:
JANOURA PARTNERS LLC, a Florida :
limited liability company, :
:
    Defendant. :
_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT

Plaintiff, PATRICIA KENNEDY, hereby gives notice that she has settled this case with the Defendant. After the parties finalize their settlement papers and prerequisites, she will submit the appropriate notice to the Court seeking dismissal of the case.

By: /s/ Jeannette E. Albo
Jeannette E. Albo, Esq.
Fla. Bar No. 0017736
*Of Counsel*
**Thomas B. Bacon, P.A.**
9444 S.W. 69th Ct.
Miami, FL 33156
ph. (305) 502-4593
jalbo@bellsouth.net

Thomas B. Bacon, Esq.
**Thomas B. Bacon, P.A.**
644 No. McDonald St.
Mt. Dora, FL 32757
Ph. 954-478-7811
tbb@thomasbaconlaw.com